*[Submitting Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:20-cv-08981-WHO |
| This Document Relates to:<br><br>*Allen Owens v. Juul Labs, Inc., et al.,*<br>Case No. 3:20-cv-08981-WHO | **JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF ALLEN OWENS' CLAIM WITHOUT PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal without Prejudice of Plaintiff Allen Owens' action captioned as Allen Owens v. Juul Labs, Inc., et al., Case No. 3:20-cv-08981-WHO, with each party to bear its own attorney's fees and costs.

Dated June 13, 2022                                          Respectfully submitted,

By: /s/ Pierce N. Giboney                                    By: /s/ Edward A. Wallace

Pierce N. Giboney, FL Bar 124704                             Edward A. Wallace
**GUNSTER, YOAKLEY & STEWART, P.A.**                         **WALLACE MILLER**
1 Independent Drive, Suite 2300                              150 N. Wacker Dr., Suite 1100
Jacksonville, FL 32202                                       Chicago, IL 60606
Telephone: (904) 350-7168                                    Telephone: (312) 261-6193
Facsimile: (904) 354-2170
pgiboney@gunster.com
(*pro hac vice*)

Gregory P Stone, SBN 78329                                   By: /s/ Erin Dickinson
Bethany W. Kristovich, SBN 241891
**MUNGER, TOLLES & OLSON LLP**                               Erin Dickinson
350 South Grand Avenue, Fiftieth Floor                       **CRUEGER DICKINSON LLC**
Los Angeles, California 90071-3426                           4532 N. Oakland Ave.,
Telephone: (213) 683-9100                                    Whitefish Bay, WI 53211
Facsimile: (213) 687-3702                                    Telephone: (414) 210 3868
gregory.stone@mto.com
bethany.kristovich@mto.com

Renee D. Smith (*pro hac vice*)                              By: /s/ Greg Coleman
**KIRKLAND & ELLIS LLP**
300 N. LaSalle Street                                        Greg Coleman
Chicago, IL 60654                                            **MILBERG COLEMAN BRYSON**
Telephone: (312) 862-2000                                    **GROSSMAN**
Facsimile: (312) 862-2200                                    800 S. Gay St., Suite 1100
renee.smith@kirkland.com                                     Knoxville, TN 37929
                                                             Telephone: (866) 252-0878

Peter A. Farrell, P.C. (*pro hac vice*)                      *Attorneys for Plaintiff Allen Owens*
David M. Bernick
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200

peter.farrell@kirkland.com
David.bernick@kirkland.com

*Attorneys for Defendant Juul Labs, Inc.*

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(1), I, Abigail Hernandez, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

                                          */s/ Abigail Hernandez*
                                          Abigail Hernandez

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Plaintiff Allen Owens' action captioned as *Allen Owens v. Juul Labs, Inc., et al.,* Case No. 3:20-cv-08981-WHO, is DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 14, 2022



HONORABLE WILLIAM H. ORRICK
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALLEN OWENS, CASE NO.: 3:20-CV-08981-WHO

5